| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| none , none<br>Kilduff Law Office<br>181 Devine Street<br>San Jose, CA 95110 | 408-279-4400<br><br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): Defendant | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, District of New Jersey<br><br>Washington, NJ NA | | |
| PLAINTIFF:<br>Highland Capital Corp | | |
| DEFENDANT:<br>Matthew E. Pasto, MD et al | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:19-CV-14282 |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Notice of Removal of Action; Complaint; Third Party Complaint; Civil Action Summons; Summons on a Third-Party Compaint (James M. Drury); Summons on a Third-Party Compaint (National Medical Partners); Summons on a Third-Party Compaint (Life Saving Images, Inc.); Summons on a Third-Party Compaint (Martha Drury); Summons on a Third-Party Compaint (Sacramento Valley Affiliate of the Susan G. Komen Breast Cancer Foundation, Inc.)

2. Party Served: Martha Drury

3. Person Served: party in item 2

    a. Left with: "John Doe" (W/M/40/5'10"/200lbs) - Co-Occupant

4. Date & Time of Delivery: 11/07/2019    4:55PM

5. Address, City and State: 759 Bourne Court
   Danville, CA 94506

6. Manner of Service: By leaving the copies with or in the presence of "John Doe" (W/M/40/5'10"/200lbs) , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.50

Registered California process server.
County: Alameda
Registration No.: 1419
Expiration:   Joshua Hutchinson
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/26/2019 at Petaluma, California.

Signature: *Joshua Hutchinson*

Joshua Hutchinson
OL#: 14001540